UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN OROZCO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:11-cv-703-LY |
| | § | |
| PANE E VINO, INC., d/b/a Craig O's Pizza | § | |
| and Pastaria, SANDRA ENTJER, and, | § | |
| ARNOLD ENTJER | § | |
|     Defendants | § | |

## ORDER

Came on to be heard Plaintiff's Motion for Leave to File a First Amended Complaint. Noting that it will not unduly delay the proceedings, or prejudice any party, the Court hereby grants the motion and directs the clerk to accept Plaintiff's First Amended Complaint for filing.

It is therefore ORDERED that Plaintiffs' Motion for Leave to File a First Amended Complaint is granted.

SIGNED this the 2nd day of December, 2011.

_____
Hon. Lee Yeakel
United States District Judge