UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN OROZCO,<br>    Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 1:11-cv-703-LY |
| CRAIG PLACKIS<br>    Defendant | § § § | Jury Demanded |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF THE COURT:

In accordance with Local Rule CV 16(e), Plaintiff files the following list of questions he desires the court to ask prospective jurors.

1. Is there anyone who has a negative feeling about immigrants working in the U.S.?

2. Is there anyone who has a negative feeling about people working in the U.S. who don't speak English?

3. Is there anyone who believes there should not be a minimum wage?

4. Is there anyone who believes the federal law requiring time-and-a-half pay for overtime hours is a bad idea?

5. Is there anyone who has owned your own business?

    a. A close friend or family member who owns his/her own business?

    b. Seriously contemplated starting your own business?

6. Is there anyone who has a negative feeling about workers filing lawsuits if they have not been paid the minimum wage or time-and-a-half overtime pay?

7. Is there anyone who thinks it is unfair for workers to sue the person who runs a company instead of the just suing the corporation?

8. Is there anyone who thinks the owner/operator of a franchise system should not be responsible for any legal violations of the individual franchisees?

          Respectfully submitted,

          Aaron Johnson
          Texas Bar No. 24056961
          EQUAL JUSTICE CENTER and
          TRANSNATIONAL WORKER
          RIGHTS CLINIC
          510 S. Congress Avenue, Suite 206
          Austin, Texas 78704
          Tel. (512) 474-0007 ext. 104
          Fax (512) 474-0008
          aaron@equaljusticecenter.org
          COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of July, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants below:

Guillermo Ochoa-Cronfel
THE CRONFEL FIRM
2700 Bee Cave Road, Ste. 103
Austin, Texas 78746
Tel. (512) 347-9600
Fax. (512) 347-9911
gjocronfel@gmail.com
COUNSEL FOR DEFENDANT

          Aaron Johnson