UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BENJAMIN OROZCO,       § | |
|    *Plaintiff,*       § | |
| § | |
| v.       § | Civil Action No. 1:11-cv-703-LY |
| § | |
| CRAIG PLACKIS,       § | |
|    *Defendant*       § | |

## DEFENDANT'S JURY QUESTIONS

COMES NOW, Defendant, CRAIG PLACKIS, in the above-styled and numbered cause and file this, his Jury Questions for trial of this cause. In addition to the *voir dire* questions requested by Plaintiff, Defendant respectfully requests the Court to ask the following questions to prospective jurors:

### I.

1. Would you have a hard time deciding against a Plaintiff who brought a frivolous lawsuit?

2. Would you agree that defending a frivolous lawsuit can be expensive?

3. Does anyone know the Plaintiff, Mr. Orozco, or any family member of Mr. Orozco?

4. Does anyone know any of the attorneys representing the Plaintiff or anyone who works for the Equal Justice Center and Transnational Worker Rights Clinic?

5. Would you have difficulty deciding against a Plaintiff who is represented by a non-profit law firm?

6. Does anyone know the Defendant, Mr. Plackis, or anyone who works for him or any family member of Mr. Plackis?

7. Have you ever eaten at a Craig O's location, ordered food from a Craig O's location, or know

what Craig O's is?

8. Does anyone have special knowledge of the law or is involved in any way with the practice of the law?

9. Has anyone ever been involved in a lawsuit related to wages as either an Employer or Employee?

10. Has anyone ever been in a franchise business either as a Franchisor or Franchisee?

11. Has anyone ever sued someone?

12. Has anyone ever been sued by someone?

13. Has anyone ever served on a jury?

14. If you find that the Plaintiff frivolously filed this suit to put pressure on the Defendant to pay them money, would you have a problem awarding the Defendant money for attorney's fees and costs used in defending themselves?

15. Does anyone have any questions?

                Respectfully submitted,

                Guillermo Ochoa-Cronfel
                THE CRONFEL FIRM
                2700 Bee Cave Road, Suite 103
                Austin, Texas 78746
                Telephone: 512-347-9600
                Facsimile: 512-347-9911
                gjocronfel@gmail.com

             By:___/s/ Guillermo Ochoa-Cronfel_____
                Guillermo Ochoa-Cronfel
                State Bar No. 15175600
                ATTORNEY FOR DEFENDANT

[2]

## CERTIFICATE OF SERVICE

      I hereby certify by my foregoing signature that the above and foregoing document has been served upon all parties listed below via the method indicated below and/or the Court's CM/ECF filing system on July 17, 2012.

| | |
|---|---|
| Aaron Johnson | VIA FIRST CLASS U.S. MAIL |
| EQUAL JUSTICE CENTER and | |
| TRANSNATIONAL WORKER | |
| RIGHTS CLINIC | |
| 510 S. Congress Ave., Suite 206 | |
| Austin, Texas 78704 | |
| T:  512-474-0007 ext. 104 | |
| F:  512-474-0008 | |
| aaron@equaljusticecenter.org | |
| ATTORNEY FOR PLAINTIFF | |