UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN OROZCO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:11-cv-703-LY |
| | § | |
| CRAIG PLACKIS, | § | |
| *Defendant* | § | |

### DEFENDANT'S ESTIMATE OF PROBABLE LENGTH OF TRIAL

COMES NOW, Defendant, CRAIG PLACKIS, in the above-styled and numbered cause and file this, his Estimate of Probable Length for Trial of this cause, and respectfully submits the following estimate of the probable length for the trial by jury in this cause:

### I.

Defendant estimates that the trial by jury in this cause will take 2 to 3 days. This time estimate does not include the amount of time (if any) necessary for jury deliberations.

Respectfully submitted,

Guillermo Ochoa-Cronfel
THE CRONFEL FIRM
2700 Bee Cave Road, Suite 103
Austin, Texas 78746
Telephone: 512-347-9600
Facsimile: 512-347-9911
gjocronfel@gmail.com

By: /s/ Guillermo Ochoa-Cronfel
Guillermo Ochoa-Cronfel
State Bar No. 15175600
ATTORNEY FOR DEFENDANT

[1]

## CERTIFICATE OF SERVICE

      I hereby certify by my foregoing signature that the above and foregoing document has been served upon all parties listed below via the method indicated below and/or the Court's CM/ECF filing system on July 17, 2012.

| | |
|---|---|
| Aaron Johnson<br>EQUAL JUSTICE CENTER and<br>TRANSNATIONAL WORKER<br>RIGHTS CLINIC<br>510 S. Congress Ave., Suite 206<br>Austin, Texas 78704<br>T:  512-474-0007 ext. 104<br>F:  512-474-0008<br>aaron@equaljusticecenter.org<br>ATTORNEY FOR PLAINTIFF | VIA FIRST CLASS U.S. MAIL |