UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN OROZCO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:11-cv-703-LY |
| | § | |
| CRAIG PLACKIS, | § | |
| *Defendant* | § | |

## DEFENDANT'S EXHIBIT LIST AND WITNESS LIST

COMES NOW, Defendant, CRAIG PLACKIS in the above-styled and numbered cause and file this, his Exhibit List and Witness List for trial of this cause, and respectfully submits the following Exhibit List and Witness for the trial by jury in this cause:

### I. Defendant's Exhibit List

The Defendant expects to offer the following as trial exhibits:

**D1:** Craig O's San Marcos Franchise Agreement

**D2:** Articles of Incorporation of Pane E Vino, Inc.

**D3:** Texas Franchise Tax Public Information Report for Pane e Vino, Inc., dated August 10, 2011

### II. Defendant's Witness List

Defendant expects to call the following witnesses to testify:

1. Craig Plackis

2. Benjamin Orozco

3. Sandra Entjer:  (512) 558-2220; 690 Centerpoint Rd., San Marcos, TX 78666

4. Arnold Entjer:  (512) 745-0150; 690 Centerpoint Rd., San Marcos, TX 78666

[1]

    5.       Trent Romriell:  (512) 565-1126; 8801 N. FM 620, Apt., 1714, Austin, TX 78726

    6.       Jon Dumaran, Jr.:  (512) 699-2481; 109 West Ave., San Marcos, TX

    7.       Todd Finkel:  (512) 680-6863; 3130 Montwood Trail, Austin, TX 78748

    8.       Rogelio Hernandez:  (512) 689-4750; 5306 Peppertree Pkwy, Austin, TX 78744

Defendant may call the following witnesses if the need arises:

    1.       Roxana Plackis

    2.       Mike Thibodeaux:  (512) 825-8587

    3.       Sandy Hallett:  220 Kinkajou Trail, Kyle, TX 78640

    4.       Peter Hardin, District Sales Manager, Sysco Central Texas, Inc.:  (512) 627-9576; 1260 Schwab Rd., New Braunfels, TX 78132

Defendant specifically reserves the right to introduce or rely upon witnesses or exhibits contained in Plaintiffs' witness and exhibit lists.

By submitting the above lists, Defendant does not stipulate to the admissibility of all testimony of the witnesses listed or to the authenticity or admissibility of the exhibits.  Defendant reserves the right to object to testimony of the witnesses or to the above exhibits, depending on evidentiary rulings by the Court and depending on the purposes for which or manner in which such testimony or exhibits are presented.

                                                  Respectfully submitted,

                                                  Guillermo Ochoa-Cronfel
                                                THE CRONFEL FIRM
                                                2700 Bee Cave Road, Suite 103
                                                Austin, Texas 78746
                                                Telephone: 512-347-9600
                                                Facsimile: 512-347-9911
                                                gjocronfel@gmail.com

[2]

                                              By: /s/ Guillermo Ochoa-Cronfel
                                                    Guillermo Ochoa-Cronfel
                                                    State Bar No. 15175600
                                                    ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       I hereby certify by my foregoing signature that the above and foregoing document has been served upon all parties listed below via the method indicated below and/or the Court's CM/ECF filing system on July 17, 2012.

| | |
|---|---|
| Aaron Johnson<br>EQUAL JUSTICE CENTER and<br>TRANSNATIONAL WORKER<br>RIGHTS CLINIC<br>510 S. Congress Ave., Suite 206<br>Austin, Texas 78704<br>T:  512-474-0007 ext. 104<br>F:  512-474-0008<br>aaron@equaljusticecenter.org<br>ATTORNEY FOR PLAINTIFF | VIA FIRST CLASS U.S. MAIL |