# Exhibit A

## Equal Justice Center

**Time Sheet**
*Benjamin Orozco v. Craig Plackis*

**Timekeepers:**

| *Attorneys* | *Paralegals/Legal Interns* | | |
|---|---|---|---|
| AJ = Aaron Johnson | FM = Frank Maldonado | NS = Natalie Salvaggio | JS = Jessica Soos |
| CW = Chris Willett | AS = AJ Smullen | JB = Justin Bernstein | JP = Javier Perez |
| AB = Anna Bocchini | SP = Salima Pirmohamed | BC = Ben Cukerbaum | DM = Dave Mauch |

Total Hours Spent: 47.3
Total Incurred: $11,710.00
Total Hours Claimed: 46.3
Total Claimed: $11,460.00

**Activity Codes:**
1. Appear/Present   3. Confer   5. Discovery   7. Pleadings   9. Review   11. Telephone   13. Misc
2. Attend/Participate   4. Correspond   6. Investigate   8. Prepare   10. Research   12. Travel

| Date | | Time-keeper | Hourly Rate | Hours Spent | Fees Incurred | Hours Claimed | Fees Claimed | Task | Description |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/13 | Fri. | AJ | $250.00 | 3.6 | $900.00 | 3.6 | $900.00 | 7,10 | Reply ISO Mot Atty's Fees |
| 04/12/13 | Fri. | AJ | $250.00 | 2.1 | $525.00 | 2.1 | $525.00 | 7,10 | Reply ISO Bill of Costs |
| 04/12/13 | Fri. | AJ | $250.00 | 3.2 | $800.00 | 3.2 | $800.00 | 7,10 | Resp to D Mot Amend Jdgmt |
| 04/18/13 | Thu. | AJ | $250.00 | 5.9 | $1,475.00 | 5.9 | $1,475.00 | 7,10 | Resp to D Renewed Mot JMOL |
| 04/19/13 | Fri. | CW | $225.00 | 4.6 | $1,035.00 | 4.6 | $1,035.00 | 7,10 | Resp to D Renewed Mot JMOL |
| 04/20/13 | Sat. | AJ | $250.00 | 15.1 | $3,775.00 | 15.1 | $3,775.00 | 7,10 | Resp to D Renewed Mot JMOL |
| 04/26/13 | Fri. | AJ | $250.00 | 0.5 | $125.00 | 0.5 | $125.00 | 3,9 | D's Reply ISO Renewed M JMOL; conf w/ CW re same |
| 05/08/13 | Wed. | AJ | $250.00 | 1.8 | $450.00 | 1.8 | $450.00 | 7,10 | Sur-Reply on D Renewed M JMOL, Mot Lv to File |
| 05/10/13 | Fri. | AJ | $250.00 | 3.3 | $825.00 | 3.3 | $825.00 | 7,10 | Sur-Reply on D Renewed M JMOL, Mot Lv to File |
| 05/27/13 | Mon. | AJ | $250.00 | 0.7 | $175.00 | 0.7 | $175.00 | 11,4 | TC: BO; Corr: OC re settlement offer |
| 05/28/13 | Tue. | AJ | $250.00 | 2.1 | $525.00 | 2.1 | $525.00 | 10 | Franchisor liability as joint employer |
| 05/28/13 | Tue. | AJ | $250.00 | 1.0 | $250.00 | 0.0 | $0.00 | 3 | Law clerk re research |
| 06/13/13 | Thu. | AJ | $250.00 | 0.5 | $125.00 | 0.5 | $125.00 | 9 | Orders: D's Mot JMOL, Amend Jdgmt, Atty's Fees, Costs |
| 06/27/13 | Thu. | AJ | $250.00 | 2.9 | $725.00 | 2.9 | $725.00 | 7,10 | Mot Supplemental Atty's Fees |
| | | | $0.00 | | $0.00 | 0.0 | $0.00 | | |
| | | | **TOTALS:** | **47.3** | **$11,710.00** | **46.3** | **$11,460.00** | | |